UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX MARTINEZ FERREIRA,
                Plaintiff,

-v-

425 CLAREMONT APARTMENTS
HOUSING DEVELOPMENT FUND
COMPANY, INC., *et al.*,
                Defendants.

22-CV-841 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's amended complaint is accepted as filed as of March 28, 2022. Defendants are directed to move, answer, or otherwise respond to the amended complaint on or before April 27, 2022.

    SO ORDERED.

Dated: April 6, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge