UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————
ALEX MARTINEZ FERREIRA,
                 Plaintiff,

         -v-

425 CLAREMONT APARTMENTS
HOUSING DEVELOPMENT FUND
COMPANY INC., *et al.*,
                 Defendants.
——————————————————————

22-CV-841 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 27.) The proposed settlement involves $50,000 to be allocated to Plaintiff Alex Martinez Ferreira in connection with his FLSA claims. (*Id.*) One-third of the settlement sum will be collected in attorney's fees and costs. (Dkt. No. 27.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 27 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the motion at Docket Number 26 as moot and to close the case.

    SO ORDERED.

Dated: September 16, 2022
      New York, New York

                                               _____
                                                       J. PAUL OETKEN
                                                 United States District Judge